AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Christopher Doville,<br>*Plaintiff*<br>v.<br>Col. Q. Grant, #2328; Deputy Major Robinson, #5883; Sergeant B. Bush, #5397;  LCPL Jesse Scott, #8682; Beaufort County Detention Center,<br>*Defendants* | )<br>)<br>)   Civil Action No.    0:21-cv-01684-JD<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ the plaintiff, Christopher Doville, take nothing of the defendants Col. Q. Grant, #2328; Deputy Major Robinson, #5883; Sergeant B. Bush, #5397; LCPL Jesse Scott, #8682 and Beaufort County Detention Center, and this action is dismissed with prejudice for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson III, US District Judge, presiding, accepting the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the action with prejudice.

Date:  December 10, 2021                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                         s/D. Stockwell
                                                                            _____
                                                                            *Signature* of Clerk or Deputy Clerk